

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

August 9, 2023

**VIA ECF**

Clerk, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  **Re:** *SEC v. Amerindo Investment Advisors, et al.* **(Nos. 17-2534 (L), 17-2537, and 17-2681)**

Dear Clerk of Court:

  The Commission writes, pursuant to a request by the Clerk's Office, to provide the Court with a status report regarding these consolidated appeals[1]:

  On January 8, 2018, this Court entered an order in these appeals dismissing the appeals from the May 6, 2014 district court order, and staying the appeals from the district court orders entered on December 31, 2014, May 20, 2016, and July 14, 2017, "until the district court enters an order approving a final distribution plan and/or dissolving the receivership."

  On August 2, 2019, the district court entered an order resolving certain motions in the case below and in the parallel criminal case, *United States of America v. Alberto William Vilar and Gary Alan Tanaka*, 05 Cr. 621 (RJS) (S.D.N.Y.) (the "Criminal Case").[2] Doc. No. 722. The Order explained that as to the forfeiture proceeding in the Criminal Case, the district court "will, in due course, conduct an ancillary proceeding in the Criminal Action pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2 to dispose of the remaining receivership assets." *Id.* at 1-2. Relevant to these stayed appeals, the district court

---

  [1] There were originally four stayed and consolidated appeals, but the appeal from the Amerindo defendants (No. 17-2541) was voluntarily dismissed on June 28, 2022. That dismissal applied only to appeal No. 17-2541, and not the remaining three consolidated and stayed appeals.

  [2] Both the Criminal case and the civil case that is the basis for these appeals, 05-cv-5231 (RJS) (S.D.N.Y.), are pending before the Honorable Richard J. Sullivan, now United States Circuit Judge for the Second Circuit.

also held that "[b]ecause *the Court will not issue a final distribution plan until after the ancillary proceeding, . . .* the Civil Action, No. 05-cv-5231, shall remain open *and the receivership shall continue pending resolution of the ancillary forfeiture proceeding in the Criminal Action.*" *Id.* at 11 (emphases added).

A review of the district court docket in this case indicates that the receivership continues and no final distribution plan has issued.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

/s/ Emily True Parise
Emily True Parise

parisee@sec.gov
(202) 551-5169

*Counsel for Appellee Securities and Exchange Commission*


cc: All counsel of record (via ECF)