# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand twenty-four.

_____

United States Securities and Exchange Commission,

      Plaintiff - Appellee,

v.

Mr. Paul Marcus,

      ADR Provider - Appellant,

The Deane J. Marcus Trust, The Steven E. Marcus Trust, The Cheryl Marcus-Podhaizer Trust, The Eve S. Marcus Childrens's Trust,

      Claimants-Appellants,

Lisa Meyer, Debra Meyer, Alfred C. Heitkoenig, Elna Charlotte Olga, Maakie Heitkoenig,

      Interested Parties-Appellants,

Amerindo Investment Advisors Inc., Alberto William Vilar, Gary Alan Tanaka, Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., Techno Raquia, S.A., Amerindo Investment Advisors, Inc. (Panama),

      Defendants- Appellants.

**ORDER**

Docket Nos. 17-2534(L),
17-2537(Con), 17-2681(Con)

_____
_____

United States Securities & Exchange Commission,

      Plaintiff - Appellee,

      Docket No. 24-2751

v.

Paul Marcus, The Deane J. Marcus Trust, The Steven E. Marcus Trust, The Ceryl

Marcus-Podhaizer Trust, The Eve S. Marcus Children's Trust,

    Claimants - Appellants,

v.

Amerindo Investment Advisors, Inc., Alberto William Vilar, Gary Alan Tanaka, Amerindo Advisors UK Limited, Amerindo Management Inc., Amerindo Technology Growth Fund, Inc., Amerindo Technology Growth Fund II, Inc., Techno Raquia, S.A.,

    Defendants,

James Stableford,

    Intervenor.

_____

By letter dated October 17, 2024, Appellee requests that the stayed appeals in Docket Nos. 17-2534, 17-2537, and 17-2681 be restored to the Court's active docket and consolidated with the investor claimants' recent appeal from the district court's order dissolving the receivership.

IT IS HEREBY ORDERED that the request is GRANTED. The stay of 17-2534, 17-2537, and 17-2681 is lifted. The appeals are consolidated with Docket No. 24-2751. Appellants must file their Local Rule 31.2 scheduling notification letters within 14 days of the date of this order.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court